| DISTRICT | OFF. | DOCKET NO. YR. | NUMBER | OR | FILING DATE MO. | DAY | YR. | J | NATURE OF SUIT | DIV. P.I. | DEL | R 23 | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 425 | 2 | 89 | 0076 | 1 | 01 | 20 | 89 | 4 | 360 | 1 | 5 | | 600 | 2508 | | 54039 | P | 89 | 0076 |

**PLAINTIFFS**

**BOTTORF, SUELLEN,** Individually
and
**BOTTORF, MATTHEW,** an infant by
his next friend, SUELLEN BOTTORF

**DEFENDANTS**

**J.C. PENNY COMPANY,** a Delaware
corporation; and
**MONTGOMERY ELEVATOR COMPANY,**
a Delaware corporation.

**MONTGOMERY ELEVATOR COMPANY,** a Delaware
corporation,

Third Party Plaintiff

vs.

**THE MURPHY ELEVATOR CO.,**

Third Party Defendant.

(per order of 06/13/89)

PRE-TRIAL HELD 01-24-90

**CAUSE**
**(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)**

28 U.S.C. 1332 Alleged personal injuries due to the negligence of deft in manufacturing and installing of an escalator.

**ATTORNEYS**

Timothy J. LaFon
Robert P. Martin
LEWIS, CICCARELLO & FRIEDBERG
P.O. Box 1746
Charleston, WV 25326
(304) 345-2000

**GUARDIAN AD LITEM**
William Pepper
8 Hale Street
Charleston, West Virginia 25301

**MONTGOMERY ELEVATOR COMPANY**
Thomas V. Flaherty
KAY, CASTO & CHANEY
Post Office Box 2031
Charleston, West Virginia 25327

**J. C. PENNEY COMPANY**
R. G. McNeer
David A. Mohler
CAMPBELL, WOODS, BAGLEY, EMERSON,
McNEER & HERNDON
Post Office Box 3293
Charleston, West Virginia 25328-2393

**MURPHY ELEVATOR COMPANY, INC.**
Michael B. Victorson
R. Clarke Vandervort
ROBINSON & McELSEE
Post Office Box 1791
Charleston, West Virginia 25326
Tel: 304/344-5800

☐ CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS

| FILING FEES PAID | | |
|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER |
| 01/20/89 | 34214 | |
| | | |

| STATISTICAL CARDS | |
|---|---|
| CARD | DATE MAILED |
| JS-5 | |
| JS-6 | |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1989** | | | |
| 01/20 | 1 | **COMPLAINT**; issued original summons + 5 copies, ret. 30 days. | ns |
| Jan 25 | 2 | **RETURN OF SERVICE:** Summons indicating acceptance of service by SEcy of State as to deft (J.C. Penney) on 01/20/89. | ras |
| Jan 25 | 3 | **RETURN OF SERVICE:** Summons indicating acceptance of service by Secy of State as to deft (Montgomery) on 01/20/89. | ras |
| Feb 09 | 4 | **ANSWER** by Deft (Montgomery). | ras |
| Feb 09 | 5 | **INTERROGATORIES** by Deft (Montgomery) to Pltf. (cert/serv) | ras |
| Feb 21 | 6 | **ANSWER** by Deft (J.C. Penney). | ras |
| Mar 22 | 7 | **TIME FRAME ORDER (2508):** Joinder to be effected and Rule 12(b) Motions to be filed 04/21/89; discovery to be completed 07/06/89; summary judgment and other dispositive motions due 07/27/89, responses due 08/10/89, replies due 08/17/89; proposed integrated pretrial order due 09/07/89; proposed charges to the jury due 10/02/89; pretrial set 09/21/89 @ 1:15 p.m.; trial set 10/16/89 @ 9:30 a.m. (EOD 03/22/89) cc: atys | ras |
| Mar 24 | 8 | **MOTION** by Deft (Montgomery) for Modification of time Frame Order, with notice and certificate of service attached. | ras |
| Apr 04 | 9 | **ANSWERS** by Pltfs to Intrrgs (1st Set) by Deft (Montgomery). (cert/serv) | ras |
| Apr 11 | 10 | **NOTICE AND MOTION** by Deft for Leave to File Third Party Complaint (w/proposed 3rd pty complt attached). | rap |
| Apr 25 | 11 | **INTERROGATORIES** by Deft (J.C. Penney). (cert/serv) | ras |
| Jun 07 | 12 | **INTERROGATORIES** and **REQUEST FOR PRODUCTION** by pltf to deft J.C. Penney. (cert/serv) | kag |
| Jun 13 | 13 | **SUPPLEMENTAL ANSWERS** by Pltf to Intrrgs. (cert/serv) | ras |
| Jun 13 | 14 | **ORDER (2508):** Granting motion of deft (Montgomery) to file a 3rd party complaint; filing same as of even date; deft to answer same within twenty (20) days. cc: atys | ras |
| Jun 13 | 15 | **THIRD PARTY COMPLAINT.** (Filed per order of even date) | ras |
| Jun 16 | -- | **INDEX INFORMATION SHEET** forwarded to Parkersburg Division re addition of third party deft. | |
| Jun 19 | -- | **ISSUED** summons + 2 copies, returnable 30 days as to 3rd party deft. | ras |
| Jun 20 | 16 | **JOINT MOTION** by Parties for Amendment of Time Frame Order. | ras |
| Jul 03 | 17 | **NOTICE TO TAKE DEPOSITION** by Deft (J.C. Penney). (cert/serv) | ras |
| Jul 05 | 18 | **ANSWER** by 3rd Party Deft to Third Party Complaint and **COUNTERCLAIM** by 3rd Party Deft. | ras |
| Jul 07 | 19 | **REPLY** by Deft (Montgomery) to Counterclaim of 3rd Party Deft. | ras |
| Jul 27 | 20 | **NOTICE TO TAKE DEPOSITION** of Suellen Bottorf. | ras |
| 08-08-89 | 21 | **JOINT MOTION** for modification of Time Frame Order. | kag |

**see page 2**

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 2:89-0076 |
|---|---|---|
| SUELLEN BOTTORF, etc. | J. C. PENNEY COMPANY, et al | PAGE 2 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1989** | | | |
| 08-25-89 | 22 | **ORDER** (2508): Granting motion by parties to amend time frame order. Discovery shall be completed by 11-03-89; dispositive motions due 11-29-89; integrated pretrial order due 01-17-90; charges due 02-12-90; pretrial conf set for 1:15 p.m. on 01-24-90; trial set for 9:30 a.m. on 02-26-90. cc:attys (EOD 08-25-89). | rap |
| 09-15-89 | 23 | **CERTIFICATE OF SERVICE** by deft J.C. Penney to Answers to Pltf's Interrogs. | kag |
| 09-15-89 | 24 | **CERTIFICATE OF SERVICE** by deft J.C. Penney to Response to Pltf's Request for Prod. | kag |
| 10-02-89 | 25 | **MOTION** by Deft (J.C. Penney) to Compel, with notice and certificate of service attached. | ras |
| 10-26-89 | 26 | **ORDER (2508):** Modifying time frame order; discovery to be completed by 12-03-89; summary judgment and other dispositive motions due 12-10-89, reply briefs due 12-24-89, responses due 12-31-89; all other dates in time frame order of 08-26-89 remain unchanged. cc: atys (EOD 10-26-89) | ras |
| 10-31-89 | 27 | **REQUEST FOR PRODUCTION** by 3rd Party Deft to 3rd Party Pltf. (cert/serv) | ras |
| 10-31-89 | 28 | **REQEUST FOR PRODUCTION** by 3rd Party Deft to Deft (J.C. Penney). (cert/serv) | ras |
| 10-31-89 | 29 | **REQUEST FOR PRODUCTION** by 3rd Party Deft to Pltf (Suellen Bottorf). (cert/serv) | ras |
| 10-31-89 | 30 | **INTERROGATORIES** (1st Series) by 3rd Party Deft to 3rd Party Pltf. (cert/serv) | ras |
| 10-31-89 | 31 | **INTERROGATORIES** (1st Series) by 3rd Party Deft to Deft (J.C. Penney). (cert/serv) | ras |
| 10-31-89 | 32 | **INTERROGATORIES** (1st Series) by 3rd Party Deft to Pltf (Suellen Bottorf). (cert/serv) | ras |
| 11-02-89 | 33 | **ANSWERS** by Deft (J.C. Penney) to 3rd Party Deft's Intrrgs (1st Series). (cert/serv) | ras |
| 11-02-89 | 34 | **RESPONSES** by Deft (J.C. Penney) to Reqeust for Production by 3rd Party Deft. (cert/serv) | ras |
| 11-06-89 | 35 | **CERTIFICATE OF SERVICE** to pltfs' 1st set of interrogs to deft Montgomery Elevator and Request for Prod of Documents. | kag |
| 01-05-90 | 36 | **ANSWER** of pltf to Interrogatories of deft (J.C. Penny).(cert/serv.). | nfs |
| 01-08-90 | 37 | **ANSWER** of pltf to 3rd-party deft (Murphy Elevator) Interrogatories (1st series). (cert/serv.). | nfs |
| 01-08-90 | 38 | **RESPONSE** of pltf to 3rd-party deft (Murphy Elevator) request for production. (cert/serv.). | nfs |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

FPI—MAR—7-14-80-70M-4898

| PLAINTIFF | DEFENDANT | DOCKET NO. 2:89-0076 |
|---|---|---|
| SUELLEN BOTTORF, etc | J.C. PENNY CO., et al | PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1990** | | |
| 01-11-90 | 39 | **ANSWERS** of pltf's Interrogatories (1st set) to deft (Montgomery Elevator). (cert/serv.) nfs |
| 01-11-90 | 40 | **ANSWERS** of pltf to 3rd-party deft(Murphy Elevator) Interrogatories (1st series). (cert/serv.). nfs |
| 01-11-90 | 41 | **RESPONSE** of pltf to 3rd-party deft's (Murphy Elevator) request for production to 3rd-party pltf (Montgomery Elevator). (cert/serv.). nfs |
| 01-11-90 | 42 | **RESPONSE** of 3rd-party pltf(Montgomery Elevator) to pltf's request for production. (cert/ser.). nfs |
| 01-24-90 | 43 | **MOTION IN LIMINE** of deft & third-party pltf(Montgomery Elevator Co.). nfs |
| 01-24-90 | 44 | **MEMORANDUM** of third-party pltf(Montgomery Elevator Co) in support of mtn in Limine regarding pltf's expert. nfs |
| 02-12-90 | 45 | **WRITTEN APPLICATION** by Pltfs for Approval and Confirmation of a Compromised Settlement with Defts and 3rd Party Deft for Injuries Sustained. ras |
| 02-12-90 | 46 | **ANSWER** of Guardian Ad Litem to Written Application of Legal Guardian. ras |
| 02-16-90 | 47 | **ORDER (2508)**: final petition be filed; filing of answer of guardian ad litem; setting out disbursement of settlement amount; setting out attorney fees; releasing defts & third-party deft from any further responsibility; awarding the guardian ad litem $200.00; filing court reporter notes; a copy of this order shall be recorded in the office of the Clerk of the County Comm. wherein the guardian was appointed; dismissing this action with prejudice and striking same from the docket. cc: attnys. (EOD 02-20-90). nfs |
| | | **C L O S E D** |
| 02-23-90 | -- | **JS6 CARD PREPARED.** ras |